IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LYNX SYSTEM DEVELOPERS, INC. and ISOLYNX, LLC,**<br><br>     **Plaintiffs,**<br><br> v.<br><br>**ZEBRA ENTERPRISE SOLUTIONS CORPORATION, ZEBRA TECHNOLOGIES CORPORATION, and ZIH CORP.,**<br><br>     **Defendants.** | **Civil Action No. 1:15-cv-12297 (GAO)** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Lynx System Developers, Inc. and IsoLynx, LLC (collectively, "Plaintiffs") and Defendants Zebra Enterprise Solutions Corporation, Zebra Technologies Corporation, and ZIH Corp. (collectively, "Defendants"), through their undersigned counsel and pursuant to a separate settlement agreement, jointly stipulate as follows:

1) Plaintiffs dismiss with prejudice their Second Amended Complaint in its entirety (Dkt. No. 246);

2) The parties further agree to bear their own fees and costs.

Dated:  August 3, 2018

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |

/s/  *Ashley E. LaValley*  
David J. Sheikh (dsheikh@leesheikh.com)  
Christopher J. Lee (clee@leesheikh.com)  
Richard B. Megley, Jr.  
(rmegley@leesheikh.com)  
Brian E. Haan (bhaan@leesheikh.com)  
Ashley E. LaValley  
(alavalley@leesheikh.com)  
LEE SHEIKH MEGLEY & HAAN  
111 West Jackson Boulevard, Suite 2230  
Chicago, Illinois 60604  
Phone: 312.982.0070  

William A. Scofield, Jr. (BBO# 448940)  
(wscofield@lathropgage.com)  
LATHROP & GAGE LLP  
28 State Street, Suite 700  
Boston, Massachusetts 02109  
Phone: 857.300.4000  

***Attorneys for Lynx System Developers, Inc. and IsoLynx, LLC***

/s/  *Anthony C. Porcelli (with permission)*  
Peter E. Gelhaar (BBO# 188310)  
(peg@dcglaw.com)  
Alexander R. Zwillinger (arz@dcglaw.com)  
DONNELLY, CONROY & GELHAAR, LLP  
260 Franklin Street, Suite 1600  
Boston, Massachusetts  02110  
Telephone: 617.720.2880/Fax:  617.720.3554  

Anthony C. Porcelli (aporcelli@polsinelli.com)  
Andrew B. Cripe (acripe@polsinelli.com)  
Rodney L. Lewis (rodneylewis@polsinelli.com)  
Michael J. Lorden (mlorden@polsinelli.com)  
POLSINELLI PC  
150 N. Riverside Plaza, Suite 3000  
Chicago, Illinois 60606  
Telephone:  312.819.1900/Fax:  312.819.1910  

Todd C. Jacobs (tjacobs@bradleyriley.com)  
Timothy J. Hill (thill@bradleyriley.com)  
David M. Caves (dcaves@bradleyriley.com)  
Ryan S. Fisher (rfisher@bradleyriley.com)  
BRADLEY RILEY JACOBS PC  
320 W. Ohio Street, Suite 3W  
Chicago, Illinois  60654  
Telephone:  312.281.0295  

Adam R. Alper  
(adam.alper@kirkland.com)  
Eric Cheng  
(eric.cheng@kirkland.com)  
Natalie Flechsig  
(Natalie.flechsig@kirkland.com)  
KIRKLAND & ELLIS, LLP  
555 California Street, 27th Floor  
San Francisco, California  94104  
Telephone:  415-439-1400/Fax:  415-439-1500

Michael W. De Vries
(michael.devries@kirkland.com)
Sharre S. Lotfollahi
(sharre.lotfollahi@kirkland.com)
Benjamin Yaghoubian
(Benjamin.yaghoubian@kirkland.com)
KIRKLAND & ELLIS, LLP
333 South Hope Street
Los Angeles, California 90071
Telephone:  213-680-8400
Facsimile:  213-680-8500

Amanda Hollis
(amanda.hollis@kirkland.com)
KIRKLAND & ELLIS, LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:  312-862-2011
Facsimile:  312-862-2200

***Attorneys for Defendants Zebra Enterprise Solutions Corporation, Zebra Technologies Corporation and ZIH Corp.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 3, 2018, the foregoing

**JOINT STIPULATION OF DISMISSAL**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

*/s/Ashley E. LaValley*
LEE SHEIKH MEGLEY & HAAN

*Counsel for Lynx System Developers, Inc. and IsoLynx, LLC*
