# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYNX SYSTEM DEVELOPERS, INC. and ISOLYNX, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ZEBRA ENTERPRISE SOLUTIONS CORPORATION, ZEBRA TECHNOLOGIES CORPORATION, and ZIH CORP., <br><br> Defendants, | ) ) ) ) ) ) ) ) **Civil Action No. 1:15-cv-12297-GAO** ) ) ) ) ) ) ) |

## NOTICE OF WITHDRAWAL

Please notice the withdrawal of Alexander R. Zwillinger of Donnelly, Conroy & Gelhaar LLP as attorney for Zebra Enterprise Solutions Corporation, Zebra Technologies Corporation and ZIH Corp. in this case. All other counsel of record will continue to represent Zebra Enterprise Solutions Corporation, Zebra Technologies Corporation and ZIH Corp.

                                                                Respectfully submitted,

                                                                ZEBRA ENTERPRISE SOLUTIONS CORPORATION, ZEBRA TECHNOLOGIES CORPORATION and ZIH CORP.

                                                                By its attorney,

Dated: November 8, 2018                       */s/ Alexander R. Zwillinger*
                                                            Alexander R. Zwillinger (BBO# 687078)
                                                            DONNELLY, CONROY & GELHAAR, LLP
                                                            260 Franklin Street, Suite 1600
                                                            Boston, Massachusetts 02110
                                                            (617) 720-2880
                                                            arz@dcglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 20, 2018.

*/s/ Alexander R. Zwillinger*
Alexander R. Zwillinger
